

APPENDIX   "A"

CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, the undersigned, _Heather Galt_, with the understanding that I am subject to criminal penalty under the laws of Canada for an intentionally false declaration, declare that I am employed by/associated with _Kik Interactive_ in the position of _Head of Marketing_ and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents attached hereto are originals or true copies of records which:

1.      Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2.      Were kept in the course of regularly conducted business activity; and

3.      Were made by the said business activity as a regular practice.

The originals or duplicates of these records are maintained in the country of Canada.

Date of Execution: _Aug 23/13_

Place of Execution: _Waterloo, ON_

Signature: _Galt_

EXHIBIT
Composite
A

PJK00047

| EXHIBIT REPORT | RAPPORT SUR LES PIÈCES À CONVICTION | | Exhibit Report No. N° de rapport sur les p. à c. | Occurrence No. - N° d'incident Y - A |
|---|---|---|---|---|
| MOVEMENT OF EXHIBITS | ACHEMINEMENT DES PIÈCES À CONVICTION | | 2013-730651 | 2013-730651 |

| Item No. N° de pièce | Movement to ( Location ) Acheminement à ( endroit ) | Date/Time Date/Heure | Recipient Destinataire | Initials (Witness) Initiales (témoin) |
|---|---|---|---|---|
| 1 to 6 | Secured in Temp. Exhibit Locker #8 at Kit. Det. | 2013-08-26 | Cst. S. OZGA #51308 | S.O. |
| | upon inventory and copies made of documents | 16:00 | | |
| | for sending to Crown. | | | |
| 1 to 6 | Removed from Temp. Exhibit Locker #8 to the | 2013-09-13 | Cst. S. OZGA #51308 | S.O. |
| | work desk of Cst. OZGA, and then to computer | 12:30 | | |
| | of Cpl. FALBO for True Crypt encryption of CP. | 14:30 | Cpl. J. FALBO | J.F. |
| 7 NEW ITEM CREATED | NEW EXHIBIT ITEM 7 CREATED - AS FULLY DETAILED ON PAGE 2 - BY CPL. FALBO WITH OZGA PRESENT. | 2013-09-13 14:50 | CST. S. OZGA #51308 | |
| 1 to 7 | ALL ITEMS RETURNED TO TEMP. EXHIBIT LOCKER #8 FOR STORAGE UNTIL SENDING TO USA VIA IAG. | 2013-09-13 15:15 | CST. S. OZGA #51308 | |
| 1,2,3,4, 6 and 7 | REMOVED FROM LOCKER #8 AND PACKAGED FOR SENDING TO IAG/USA COURIERED TO IAG JULIE FONG. | 2013-09-16 16:00 | CST. S. OZGA #51308 | |
| | Received by Julie Fong - IAG 2013-09-18 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**RELINQUISHMENT OF CLAIM - RENONCIATION À UN DROIT**

I, the undersigned, having no desire to claim the following item(s) no(s), hereby authorize the RCMP to dispose of the said item(s) on my behalf.
Je, le soussigné, renonce à (aux) l'article(s) suivant(s) et j'autorise la GRC à disposer dudit (desdits) article(s) en mon nom.

| Signature | Signature of Witness (Member) - Signature du témoin (membre) | Date |
|---|---|---|
| | | Rep. Page du rapp. of/de |

RCMP GRC 1625 (1999-08)

PJK00048

Court File #:

## SUPERIOR COURT OF JUSTICE
[Toronto Region]

**IN THE MATTER** of an application pursuant to section 17(2) of the *Mutual Legal Assistance in Criminal Matters Act*, S.C. 1988, c.37, as amended, for an Order to Gather Evidence in Canada from Kik Interactive Inc. for use by authorities in the United States of America in their investigation and prosecution of "rebeccatill05".

**AND IN THE MATTER** of an application pursuant to section 18(5) of the *Mutual Legal Assistance in Criminal Matters Act*, S.C. 1988, c. 37, for an order directing that all employees of Kik Interactive Inc. refrain from revealing any information in relation to this application to anyone other than the Royal Canadian Mounted Police officer(s) involved in the application.

---

### ORDER TO GATHER EVIDENCE

---

**MINISTRY OF THE ATTORNEY GENERAL
CROWN LAW OFFICE – CRIMINAL**
720 Bay Street, 10th floor
Toronto, Ontario  M7A 2S9

Tel:      416-326-2407
Fax:     416-326-4656
Email:   Lorna.Bolton@ontario.ca

**LORNA BOLTON
Of Counsel for the Applicant**

United States of America has jurisdiction and that there are reasonable grounds to believe that evidence of the commission of the offence will be found in Canada;

1.      **THIS HONOURABLE COURT ORDERS,** pursuant to section 18(2) of the *Act*, that **Kik Interactive Inc.,** located at **420 Weber Street North, Suite I, Waterloo, Ontario, N2L 4E7, Canada,** deliver to the person designated in paragraph 2 complete, legible, unencrypted and certified account records and subscriber information **for the "Kik Messenger" user account "rebeccatill05" for the period of 1 November 2012 through 25 March 2013,** including but not limited to:

   (1) Records showing the subscriber's full name and any other individuals associated with the account [including the subscriber's telephone number(s), address(es), and e-mail address(es)];

   (2) All screen and account names;

   (3) Billing and payment records, including methods of payment, and by whom;

   (4) Internet protocol history and connection logs (including session dates, times and duration – if available) and any other identifying information;

   (5) Date of creation and all information entered by the user at the time of the creation of the "rebeccatill05" account;

   (6) Friends or contacts lists (with their corresponding customer and/or subscriber information, contact information, billing information);

   (7) Records of all communications between "rebeccatill05" and "kylerj723" for the period of 1 November 2012 through 25 March 2013, including any chats, posts, texts, photos, videos or URLs posted or uploaded by "rebeccatill05" or "kylerj723" during that time period;

   (8) Records of all correspondence between "rebeccatill05" and "jeteriam" on 25 March 2013, including any chats, posts, texts, photos, videos or URLs posted or uploaded by "rebeccatill05" or "kylerj723"; and

   (9) Any information in the possession of Kik Interactive Inc. regarding what type of device(s) "rebeccatill05" used including the unique phone identifier, IMEI, MAC addresses and any other carrier information developed at the time of the creation of the account.

2.      **THIS HONOURABLE COURT FURTHER ORDERS,** pursuant to s. 18(2) of the *Act,*

2

PJK00050

that Constable Sabin OZGA of the Royal Canadian Mounted Police Federal Enforcement Section, Kitchener Detachment, be designated as the person to whom the items referred to in paragraph 1 above are to be produced.

3.     **THIS HONOURABLE COURT FURTHER ORDERS THAT** Kik Interactive Inc. shall complete and swear and complete the Certificate of Authenticity of Business Records provided in the Letter of Request.

4.     **THIS HONOURABLE COURT FURTHER ORDERS,** that all Kik Interactive Inc. employees refrain from revealing to anyone, other than Constable Sabin OZGA or another Royal Canadian Mounted Police officer involved in this case, any information in relation to the fact that Kik Interactive Inc. has been ordered to gather these records.  This includes refraining from notifying any customer, including but not limited to "rebeccatill05", whether orally, in writing, or by any other means, of the fact that Kik Interactive Inc. has been ordered to gather these records.  This also includes refraining from showing this order to any customer, including but not limited to "rebeccatill05".  This clause will not apply to situations of a Kik Interactive Inc. employee being asked later to testify about the records in American or Canadian court proceedings or being asked for an interview by the American police or prosecutors about the records.

**DATED** at Toronto this 19th day of ____July____ , 2013.

_____
Justice of the Superior Court of Justice (Ontario)

3

Court File No.

## SUPERIOR COURT OF JUSTICE
[Toronto Region]

The Honourable M             )
Justice  Forestell           )
                            )
                            )

**IN THE MATTER** of an application pursuant to section 17(2) of the *Mutual Legal Assistance in Criminal Matters Act*, S.C. 1988, c. 37, as amended, for an Order to Gather Evidence in Canada from Kik Interactive Inc. for use by authorities in the United States of America in their investigation of Kik Messenger User "rebeccatill05".

**AND IN THE MATTER** of an application pursuant to section 18(5) of the *Mutual Legal Assistance in Criminal Matters Act*, S.C. 1988, c. 37, for an order directing that all employees of Kik Interactive Inc. refrain from revealing any information in relation to this application to anyone other than the Royal Canadian Mounted Police officer(s) involved in the application.

## ORDER TO GATHER EVIDENCE IN CANADA

**UPON THE APPLICATION,** made *ex parte* and heard this day, by Counsel of the Attorney General of Ontario, a competent authority under the *Mutual Legal Assistance in Criminal Matters Act*, for an Order pursuant to section 17(2) of the *Act* to gather evidence in Canada;

**UPON READING** the affidavit of Constable Sabin OZGA, sworn on 11 July 2013; and the e-mail correspondence of Ms. Julie WILSON of the International Assistance Group, Federal Department of Justice, Ottawa, dated 31 May 2013; and upon being satisfied that there are reasonable grounds to believe that an offence has been committed with respect to which the

1