UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20106-CR-MOORE/MCALILEY

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**vs.**

**PATRICK KILLEN, JR.,**

       **Defendant.**
_____/

## NOTICE OF FILING EXHIBITS "A" AND "B" TO MOTION IN LIMINE, [DE 84]

COMES NOW, the Defendant, PATRICK J. KILLEN, by and through his undersigned counsel, gives notice of filing Exhibits "A" and "B", attached hereto, in connection with the Motion in Limine to Exclude Records [DE 84].

Dated: July 8, 2015                                     Respectfully submitted,

                                                                                   By:   /s/ Fred A. Schwartz
                                                                                           Fred A. Schwartz, Esq.
                                                                                          Fla. Bar No. 360538
                                                                                          *Attorney for Defendant Patrick Killen, Jr.*
                                                                                          Kopelowitz Ostrow, et al.
                                                                                          200 South Palmetto Park Road, Suite 103
                                                                                          Boca Raton, Florida  33432
                                                                                          schwartz@kolawyers.com
                                                                                          Cellular: (561) 504-8534
                                                                                          Telephone:  (561) 910-3070
                                                                                          Facsimile:  (561) 409-0882

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF on this 8th day of July, 2015.

/s/ *Fred A. Schwartz*
Fred A. Schwartz, Esq.



APPENDIX "A"

### CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, the undersigned, *Heather Galt*, with the understanding that I am subject to criminal penalty under the laws of Canada for an intentionally false declaration, declare that I am employed by/associated with *Kik Interactive* in the position of *Head of Marketing* and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents attached hereto are originals or true copies of records which:

1. Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2. Were kept in the course of regularly conducted business activity; and

3. Were made by the said business activity as a regular practice.

The originals or duplicates of these records are maintained in the country of Canada.

Date of Execution: *Aug 23/13*

Place of Execution: *Waterloo, ON*

Signature: *[signed] Galt*

EXHIBIT
Composite
A

| EXHIBIT REPORT<br>MOVEMENT OF EXHIBITS | RAPPORT SUR LES PIÈCES À CONVICTION<br>ACHEMINEMENT DES PIÈCES À CONVICTION | Exhibit Report No.<br>N° de rapport sur les p. à c.<br>2013-730651 | Occurrence No. - N° d'incident<br>Y - A<br>2013-730651 | |
|---|---|---|---|---|
| Item No.<br>N° de pièce | Movement to ( Location )<br>Acheminement à ( endroit ) | Date/Time<br>Date/Heure | Recipient<br>Destinataire | Initials (Witness)<br>Initiales (témoin) |
| 1 to 6 | Secured in Temp. Exhibit Locker #8 at Kit. Det. upon inventory and copies made of documents for sending to Crown. | 2013-08-26<br>16:00 | Cst. S. OZGA #51308 | S.O. |
| 1 to 6 | Removed from Temp. Exhibit Locker #8 to the work desk of Cst. OZGA, and then to computer of Cpl. FALBO for True Crypt encryption of CP. | 2013-09-13<br>12:30<br>14:30 | Cst. S. OZGA #51308<br><br>Cpl. J. FALBO | S.O.<br><br>J.F. |
| 7<br>NEW ITEM CREATED | NEW EXHIBIT ITEM 7 CREATED - AS FULLY DETAILED ON PAGE 2 - BY CPL. FALBO WITH OZGA PRESENT. | 2013-09-13<br>14:50 | CST. S. OZGA<br>#51308 | |
| 1 to 7 | ALL ITEMS RETURNED TO TEMP. EXHIBIT LOCKER #8 FOR STORAGE UNTIL SENDING TO USA VIA IAG. | 2013-09-13<br>15:15 | CST. S. OZGA<br>#51308 | |
| 1,2,3,4,<br>6 and 7 | REMOVED FROM LOCKER #8 AND PACKAGED FOR SENDING TO IAG/USA COURIERED TO IAG JULIE FONG. | 2013-09-16<br>16:00 | CST. S. OZGA<br>#51308 | |
| | Received by Julie Fong-IAG | 2013-09-18 | | |

**RELINQUISHMENT OF CLAIM - RENONCIATION À UN DROIT**

I, the undersigned, having no desire to claim the following item(s) no(s), hereby authorize the RCMP to dispose of the said item(s) on my behalf.
Je, le soussigné, renonce à (aux) l'article(s) suivant(s) et j'autorise la GRC à disposer dudit (desdits) article(s) en mon nom.

| Signature | Signature of Witness (Member) - Signature du témoin (membre) | Date |
|---|---|---|
| | | Rep. Page du rapp.<br>of/de |

RCMP GRC 1625 (1999-08)

PJK00048

Court File #:

## SUPERIOR COURT OF JUSTICE
[Toronto Region]

**IN THE MATTER** of an application pursuant to section 17(2) of the *Mutual Legal Assistance in Criminal Matters Act*, S.C. 1988, c.37, as amended, for an Order to Gather Evidence in Canada from Kik Interactive Inc. for use by authorities in the United States of America in their investigation and prosecution of "rebeccatill05".

**AND IN THE MATTER** of an application pursuant to section 18(5) of the *Mutual Legal Assistance in Criminal Matters Act*, S.C. 1988, c. 37, for an order directing that all employees of Kik Interactive Inc. refrain from revealing any information in relation to this application to anyone other than the Royal Canadian Mounted Police officer(s) involved in the application.

### ORDER TO GATHER EVIDENCE

**MINISTRY OF THE ATTORNEY GENERAL**
**CROWN LAW OFFICE – CRIMINAL**
720 Bay Street, 10th floor
Toronto, Ontario  M7A 2S9

Tel:    416-326-2407
Fax:    416-326-4656
Email:  Lorna.Bolton@ontario.ca

**LORNA BOLTON**
**Of Counsel for the Applicant**

United States of America has jurisdiction and that there are reasonable grounds to believe that evidence of the commission of the offence will be found in Canada;

1. **THIS HONOURABLE COURT ORDERS**, pursuant to section 18(2) of the *Act*, that **Kik Interactive Inc.**, located at **420 Weber Street North, Suite I, Waterloo, Ontario, N2L 4E7, Canada**, deliver to the person designated in paragraph 2 complete, legible, unencrypted and certified account records and subscriber information **for the "Kik Messenger" user account "rebeccatill05" for the period of 1 November 2012 through 25 March 2013**, including but not limited to:

    (1) Records showing the subscriber's full name and any other individuals associated with the account [including the subscriber's telephone number(s), address(es), and e-mail address(es)];

    (2) All screen and account names;

    (3) Billing and payment records, including methods of payment, and by whom;

    (4) Internet protocol history and connection logs (including session dates, times and duration – if available) and any other identifying information;

    (5) Date of creation and all information entered by the user at the time of the creation of the "rebeccatill05" account;

    (6) Friends or contacts lists (with their corresponding customer and/or subscriber information, contact information, billing information);

    (7) Records of all communications between "rebeccatill05" and "kylerj723" for the period of 1 November 2012 through 25 March 2013, including any chats, posts, texts, photos, videos or URLs posted or uploaded by "rebeccatill05" or "kylerj723" during that time period;

    (8) Records of all correspondence between "rebeccatill05" and "jeteriam" on 25 March 2013, including any chats, posts, texts, photos, videos or URLs posted or uploaded by "rebeccatill05" or "kylerj723"; and

    (9) Any information in the possession of Kik Interactive Inc. regarding what type of device(s) "rebeccatill05" used including the unique phone identifier, IMEI, MAC addresses and any other carrier information developed at the time of the creation of the account.

2. **THIS HONOURABLE COURT FURTHER ORDERS**, pursuant to s. 18(2) of the *Act*,

that Constable Sabin OZGA of the Royal Canadian Mounted Police Federal Enforcement Section, Kitchener Detachment, be designated as the person to whom the items referred to in paragraph 1 above are to be produced.

3. **THIS HONOURABLE COURT FURTHER ORDERS THAT** Kik Interactive Inc. shall complete and swear and complete the Certificate of Authenticity of Business Records provided in the Letter of Request.

4. **THIS HONOURABLE COURT FURTHER ORDERS,** that all Kik Interactive Inc. employees refrain from revealing to anyone, other than Constable Sabin OZGA or another Royal Canadian Mounted Police officer involved in this case, any information in relation to the fact that Kik Interactive Inc. has been ordered to gather these records. This includes refraining from notifying any customer, including but not limited to "rebeccatill05", whether orally, in writing, or by any other means, of the fact that Kik Interactive Inc. has been ordered to gather these records. This also includes refraining from showing this order to any customer, including but not limited to "rebeccatill05". This clause will not apply to situations of a Kik Interactive Inc. employee being asked later to testify about the records in American or Canadian court proceedings or being asked for an interview by the American police or prosecutors about the records.

**DATED** at Toronto this 19th day of July, 2013.

_____
Justice of the Superior Court of Justice (Ontario)

3

Court File No.

## SUPERIOR COURT OF JUSTICE
[Toronto Region]

The Honourable M          )
Justice  Forestell         )
                           )
                           )

IN THE MATTER of an application pursuant to section 17(2) of the *Mutual Legal Assistance in Criminal Matters Act*, S.C. 1988, c. 37, as amended, for an Order to Gather Evidence in Canada from Kik Interactive Inc. for use by authorities in the United States of America in their investigation of Kik Messenger User "rebeccatill05".

AND IN THE MATTER of an application pursuant to section 18(5) of the *Mutual Legal Assistance in Criminal Matters Act*, S.C. 1988, c. 37, for an order directing that all employees of Kik Interactive Inc. refrain from revealing any information in relation to this application to anyone other than the Royal Canadian Mounted Police officer(s) involved in the application.

---

### ORDER TO GATHER EVIDENCE IN CANADA

---

**UPON THE APPLICATION**, made *ex parte* and heard this day, by Counsel of the Attorney General of Ontario, a competent authority under the *Mutual Legal Assistance in Criminal Matters Act*, for an Order pursuant to section 17(2) of the *Act* to gather evidence in Canada;

**UPON READING** the affidavit of Constable Sabin OZGA, sworn on 11 July 2013; and the e-mail correspondence of Ms. Julie WILSON of the International Assistance Group, Federal Department of Justice, Ottawa, dated 31 May 2013; and upon being satisfied that there are reasonable grounds to believe that an offence has been committed with respect to which the

1

| EXHIBIT REPORT CONTINUATION | SUITE DU RAPPORT SUR LES PIÈCES À CONVICTION | Exhibit Report No. / N° de rapport sur les p. à c. | Occurrence No. - N° d'incident Y-A |
|---|---|---|---|
| | | 2013-730651 | 2013-730651 |
| Consecutive Item No. N° de pièce consécutif | Description of Exhibits Seized Description des pièces à conviction saisies | | Date seized - Date saisi 2013-08-26 |

| | |
|---|---|
| 5 (continued...) | PHOTO = one (1) non-child pornography image of a young boy's face. |
| | PDF Document = consists of 15 pages of "CHAT" logs with time stamps (in UNIX time) indicated, between KIK user 'rebeccatill05' and KIK user 'kylerj723', between January 26, 2013 and March 25, 2013. |
| 6 | "Record format" legend/key document, originally created and provided by KIK Interactive Inc. for Law Enforcement, inserted herein among these Exhibits by OZGA, upon gathering Exhibits #1 through #5 on 2013-08-26. This legend/key is to be used to 'decipher and de-code' the records/data/information "BIND" and "CHAT" logs gathered from KIK Interactive Inc. |
| 7 | ONE DVD/CD (MAXELL DVD-R 4.7GB) CREATED BY RCMP CPL. JUDY FALBO ON 2013-09-13 IN ORDER TO ENCRYPT WITH "TRUE CRYPT" ALL 25 (TWENTY FIVE) PICTURES/IMAGES FOUND ON ORANGE LEXAR USB THUMB DRIVE FOLDER OF EXHIBIT ITEM #5 ABOVE. THESE IMAGES WERE PROVIDED TO RCMP BY KIK IN UN-ENCRYPTED FORMAT. IMAGES ENCRYPTED TO PROTECT MINOR CHILDREN AND BECAUSE CONSIDERED CHILD PORNOGRAPHY. ALSO REPRODUCED/COPIED ON THIS DVD (ITEM 7), UN-ENCRYPTED, ARE ENTIRE CONTENTS OF (REMAINING CONTENTS O ORANGE LEXAR USB THUMB DRIVE, ITEM #5 ABOVE. THIS EXHIBIT ITEM #7 (DVD) WILL BE SENT TO USA AUTHORITIES IN-LIEU OF ITEM #5 ABOVE, WHICH WILL BE DESTROYED ONCE USA AUTHORITIES CONFIRM RECEIPT AND VIEWING OF ALL CONTENTS, INCLUDING CP IMAGES. |

CERTIFIED CORRECT - CERTIFIÉ CONFORME

Signature of Investigator - Signature de l'enquêteur: Cst. Sab OZGA #51308
Date: 2013-08-26
Signature of Custodian - Signature du responsable des p à c
Date:

RCMP GRC 1625 (1999-08)

Rep. Page du rapp. of/de

EXHIBIT B