UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cr-20106(s)-KMM

UNITED STATES OF AMERICA

vs.

PATRICK KILLEN JR.,

    Defendant.
_____/

## VERDICT FORM

We, the Jury, find as to Count 1:

GUILTY __✓__            NOT GUILTY _____

We, the Jury, find as to Count 2:

GUILTY __✓__            NOT GUILTY _____

We, the Jury, find as to Count 3:

GUILTY __✓__            NOT GUILTY _____

We, the Jury, find as to Count 4:

GUILTY __✓__            NOT GUILTY _____

We, the Jury, find as to Count 5:

GUILTY __✓__            NOT GUILTY _____

We, the Jury, find as to Count 6:

GUILTY __✓__            NOT GUILTY _____

We, the Jury, find as to Count 7:

    GUILTY ✓                                  NOT GUILTY \_\_\_\_\_

We, the Jury, find as to Count 8:

    GUILTY ✓                                  NOT GUILTY \_\_\_\_\_

We, the Jury, find as to Count 9:

    GUILTY ✓                                  NOT GUILTY \_\_\_\_\_

We, the Jury, find as to Count 10:

    GUILTY ✓                                  NOT GUILTY \_\_\_\_\_

We, the Jury, find as to Count 11:

    GUILTY ✓                                  NOT GUILTY \_\_\_\_\_

We, the Jury, find as to Count 12:

    GUILTY ✓                                  NOT GUILTY \_\_\_\_\_

[Note: If you find the Defendant not guilty as charged in Count 12, you do not need to consider the below paragraph.]

We, the Jury, having found the Defendant guilty of the offense charged in Count 12, further find with respect to that Count that he possessed a visual depiction that involved the following (place an X in the appropriate box):

    (a)    A prepubescent minor who had not attained twelve years of age.    [X]

    (b)    No prepubescent minors who had not attained twelve years of age.    [ ]

We, the Jury, find as to Count 13:

    GUILTY ✓                                  NOT GUILTY \_\_\_\_\_

We, the Jury, find as to Count 14:

    GUILTY \_\_\_\_  NOT GUILTY ✓

We, the Jury, find as to Count 15:

    GUILTY ✓  NOT GUILTY \_\_\_\_

[Note: If you find the Defendant not guilty as charged in Count 15, you do not need to consider the below paragraph.]

We, the Jury, having found the Defendant guilty of the offense charged in Count 15, further find with respect to that Count that he possessed a visual depiction that involved the following (place an X in the appropriate box):

(a) A prepubescent minor who had not attained twelve years of age.  ☒

(b) No prepubescent minors who had not attained twelve years of age.  ☐

We, the Jury, find as to Count 16:

    GUILTY ✓  NOT GUILTY \_\_\_\_

SO SAY WE ALL

_____
FOREPERSON OF THE JURY

7/10/2015
_____
DATED