UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  15-20106-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICK KILLEN, JR.,

    Defendant,
_____/

### NOTICE OF FILING

COMES NOW the Defendant Patrick Killen, Jr., by and through his undersigned counsel and hereby gives Notice of Filing the attached Exhibit "A" a letter to Judge Moore concerning Defendant's sentencing written by the Defendant himself, Patrick Killen, Jr. Exhibit "B" a letter to Judge Moore signed and dated September 24, 2015 from Defendant's father Patrick Killen, Sr., Exhibit "C" email correspondence between Probation Officer Riselda Ruiz and mother of Defendant, Karen Killen, Exhibit "D" research article concerning Child Pornography Possessors and Child Contact Sex Offenders.

Respectfully submitted,

/s/ Fred A. Schwartz
Fred A. Schwartz, Esq.
Fla. Bar No. 60538
*Attorney for Defendant Patrick Killen, Jr.*
Kopelowitz Ostrow, et al.
200 South Palmetto Park Road, Suite 103
Boca Raton, Florida  33432
schwartz@kolawyers.com
Telephone:  (561) 910-3070
Facsimile:  (561) 409-0882

{R6128621_1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF on this 19th day of October, 2015.

/s/ *Fred A. Schwartz*
Fred A. Schwartz, Esq.

{R6128621_1}