From: Patrick J. Killen Jr.

Please accept this document as my response to the Pre-sentence Investigation Report dated October 22, 2015.

I have never before been arrested or in prison. I have never broken the law before. I am not a pedophile. I did not know that cyber bullying was a felony. I am remorseful for cyber bullying and am terribly sorry for what I have done. I never meant to hurt anyone. I am a Christian and do not want to break any of God's commandments. I was a kid acting stupid. I am also a special needs kid who did not understand the laws.

As to all the charges, most Counts show partial truths mixed in with wrongs that were performed by the FBI agents and the district attorney.

The FBI came to my house on February 11, 2014 and asked to talk to me. They did not tell me or my parents why they wanted to talk to me. They asked me questions which I stated "no." Even after I said "no" many times, they told me they would go away if I just admit to it. I knew my Mom had surgery scheduled later that morning and just wanted them to go away so my Mom could have her surgery.

They demanded that I give them my computer and phone which I cooperated fully. I did not know they needed a search warrant to search my computer and phone.

Then the one FBI agent took me outside without my Mom even though my Mom said she wanted to go with me. They would not let her. While I was outside, my Mom later told me that the other FBI agent searched my computer and phone.

They did not let me call an attorney and did not tell me what my rights were. When they said they had to take my computer and phone my Mom said "Don't you need a search warrant?" The FBI agent threatened my Mom with a SWAT team coming back to break down our door. It was then that I signed the papers because I did not want the FBI to break down my door. That is when I signed the papers that I never read. I did ask to take back me signing the documents but they would not let me.

Maybe I do not know the laws because I am a kid, and maybe what I did was really bad, but what the FBI did to me and my Mom was even worse.

On March 6, 2015 I was arrested and I was denied bail when the district attorney stated that I was doing things in January, 2015 when the truth was that I had stopped all of the activity in 2014. Even the United States Superceding Indictment only talks about activity through 2014. I think the district attorney lied.

In 2014, I was chatting on Gigatribe with Karucem who told me to open a folder. I did not know what was in the folder. When I opened it after it was on my computer, I was very disgusted and said that those people should be put in jail. I deleted everything.



What I did not know was that every time I chatted on Gigatribe, the videos kept downloading. They were downloading without my knowledge or consent.

There were Counts against me for producing child pornography. All of the photographs were sent to me. I have never produced anything.

There were Counts against me for distribution and receipt of the videos that I did not willingly receive. They were downloaded to my computer without my knowledge or consent. Why would someone do this to me? This should be illegal for them to push videos onto my computer without my knowledge or consent.

The only thing I did wrong was look at pictures of other individual boys. I did not produce or distribute any pictures of people doing terrible things.

I did do cyber bullying when I threatened the other boys, but I would never really do anything to hurt them. I was bullied a lot in middle school and high school and when I asked a girl out she told me "no," so I thought there was something wrong with my body, so I wanted to see what other boys looked like.

I have no interest in other boys. I like girls a lot and I want a regular relationship with a girl when I grow up.

I am very sorry that I did what I did and will never do it again.


Patrick J. Killen Jr