**Patrick J. Killen**
6880 Pinehurst Drive Miami, FL 33015
Home: 305-829-0055 Cell: 786-489-3952
Patrick@PatrickKillen.com

September 24, 2015

Chief Judge Michael Moore

I originally sent this letter to Fred A. Schwartz Esq., and Richard C. Klugh my son Patrick's attorneys and with minor changes I am sending this letter to you as well, as we do not believe our son has been treated fairly and has become a victim of a system that has not evolved in order to deal with these changing times.

As we deal with this tragedy, I want to keep an overview of what really happened. There is no doubt that Patrick at the age from 19 to 20 years old, was still immature, and more like 15 or 16 years old conducted inappropriate activities. It was something real serious, but not to the extent that he realized what he was doing. It started as an effort to find out who he was and used wrong choices. Things turned into something more when he ran into a serious a sex offender on line. The events took place over a few months not years, and he had already stopped long before the arrest. Patrick is also a victim. Next enters aggressive FBI agent trying to make a name for herself by pouncing on an immature boy (not yet a mature man) using deceit with their "Knock and Talk" and abusing his true report about the events. Their twisted version of the series of events became reality, because the judge denied our claim of abuse by the FBI. They abused his rights and tricked Patrick into signing a confession and giving rights to access to his computer in fear that his parents would be involved. They violated his 4th, 5th, and 6th amendment. Patrick was like low hanging fruit as they took advantage of his age and naiveté.

From there the FBI agents and the prosecutor lied as they wove a case out of fragments that miss-directed truth. Even when we showed these re-directed events the judges blocked all of our appeals and motions. The FBI agent and the prosecutor claimed that they want to deny bond as Patrick might harm himself and lied that he was active on the internet close to the time of his arrest, which he was not as evidenced by superseding indictment. Neither is true and now in this last report he is a danger to society as a reason to deny bail. The denial of bond interfered with Patrick's defense even to a point they tried to intimidate us, because they listened to our conversations and read our e-mails. In the trial the jury was denied much of the truth about the case. They even used Patrick's immaturity against him as they declared him an adult in every sense of the word. Even one of the judges admitted Patrick's immaturity but did nothing about it. The prosecutor told our attorney that if we went to a trial the he would push for a maximum sentence which he is doing out of spite. Justice and protection of the public is not the goal of the FBI and the prosecutor, when winning at any cost is their goal.

Our forensic expert failed to do his job by not exposing the FBI tampering with evidence by transferring the information to a spreadsheet which should have preventing its use. Then the Canadian officer also tampered with evidence which was also allowed to be used in opposition to our requests to not allow its use. The parent witnesses that were brought to the trial were able to given testimony without our ability to stop their testimony, since they were not personally involved and it


DEFENDANT'S EXHIBIT B

was all hearsay. Those children were also in those internet sites that they should not have been in. (as are 60% of young adults today) those children were shielded, while Patrick with an immature personality was not given any consideration while he was sending manipulated and advised by a trader. Patrick and those children were a victims of the real predator. If the children were sending nude pictures to what they believed to be a girl, where is the additional damage? As to the fear of their pictures being sent into the internet, Patrick never did it, would not have done it. Is that the basis in which they want to put him away for 3 lifetimes? Does the punishment fit the crime?

That predator pushed unwanted video's to Patrick, that he did not want, and which he did not produce, or distribute. Patrick verbally stated "these people should go to jail" and immediately deleted the videos. The FBI knew this and pushed forward anyway. They knew the trader was cooperating with the government and was setting Patrick up! Patrick did not know the push of these videos was automatically loading on his equipment. The description of Patrick's use of social media to get children to use KIK was a complete fabrication by the prosecutor and the writer of the Presentencing Document. It is as if they can now ad-lib anything they want into the documentation. We lost; they won, so let's fatten it up for the kill. Now they even accuse Patrick of being on Kik while he was in the Federal Jail in September 2015

The investigators report is full of inaccurate sequences and timings because the judges decided to deny our requests and the jury did not hear the full story. Between the FBI, the prosecutor and the judges Patrick has no chance for justice, and they want to put him away for 3 lifetimes. Even the pretrial probation officers together with the prosecutor get to change the true story and the probation officer was not present in the hearings so the report must have been dictated by the prosecutor.

The laws governing child pornography are archaic, given the explosion of the internet and its impact on our youth. Patrick is not a sex abuser; however he is a child of our internet society where our government has not yet been able to control things. They even hide behind a Mandatory Victim Act that dates back to 1996. A new wrinkle in this event adjusts the sentence because Patrick told the truth and the prosecutor is accusing him of obstruction of justice because he buried all our testimonies. How bizarre, and out of whack, does our society need to drift before the pendulum of common sense swings in the other direction?

Patrick needs and will receive proper counseling and support, given the opportunity, so he can become an asset to our society. Patrick is more than worth salvaging, and it will be a waste and a crime not to give him a chance.

Sincerely

Patrick J. Killen Sr.