## Karen Killen

| | |
|---|---|
| From: | Karen Killen [killenkaren@gmail.com] |
| Sent: | Thursday, September 24, 2015 5:22 AM |
| To: | Riselda_Ruiz@flsp.uscourts.gov |
| Cc: | attorney@klughlaw.com; 'Patrick Killen'; 'Fred A. Schwartz'; 'Karen Killen' |
| Subject: | RE: US vs. Killen |

Good morning Mrs. Ruiz,

Thank you for your timely and professional response and for allowing me to respond to you directly.

This email is a continuation of our previous request to remove our daughter's full time, school name and address from your report.

Being remorseful for what he had done, our son, Patrick Killen agreed to turn himself in for what should have amounted to no more than a cyber bullying charge.

However, on March 6, 2015, the FBI chose to ignore his remorse and raided our home terrorizing our young 13 year old daughter and ruining her 14th birthday.

On March 6, 2015, three days before our daughter's 14th birthday, close to a dozen FBI and Miami Dade Police officers at 6:15 am woke up our entire neighborhood while they were screaming at the top of their lungs "FBI open the door!"

My husband and I ran to the door which is a clear glass hurricane impact door. SA Schwartzenberger continued to scream at the top of her lungs as she watched my 72 year old, frail, husband fumble with the alarm. Her behavior was behavior totally unbecoming an officer.

After opening the door, the FBI very rudely and disrespectfully forced us into our family room while our children, including our minor daughter remained in their bedrooms. Two armed guards went into our minor daughter's room, not allowing her to have her parents present, screamed at her "Where is the male?" "Stay in your room!"

What a heinous and horrific action to take against an innocent 13 year old girl. Terrified, she began shaking uncontrollably not knowing if her parents were still in her home, alive or dead as she watched armed guards race through her home; the home where she once felt safe.

Finally, they forcibly ushered her into the family room. Feeling extreme fear, unsafe, disrespected and violated, she sat next to me shaking and crying.

Our daughter's birthday gifts sat on the dining room table, which I had placed there the night before, remained untouched for two hours while the FBI searched every inch of our home. Her 14th birthday was ruined.

After the incident on March 6th, our daughter went from an honor roll student receiving all A's and B's to receiving all C's, D's and F's. The emotional impact on our minor daughter was heinous and horrific.

Our daughter is also now a victim in this case and my husband and I hereby request that you treat her with the same dignity and respect that you are treating the other minor children and remove her name,

9/30/2015

**DEFENDANT'S EXHIBIT C**

her school name and school address from your report immediately.

Thank you,

Karen L. Killen, MBA, PhD (ABD)
6880 Pinehurst Drive
Miami, FL 33015
305-331-8355
killenkaren@gmail.com

---

**From:** Riselda_Ruiz@flsp.uscourts.gov [mailto:Riselda_Ruiz@flsp.uscourts.gov]
**Sent:** Wednesday, September 23, 2015 11:34 AM
**To:** Karen Killen
**Cc:** attorney@klughlaw.com; 'Patrick Killen'; 'Fred A. Schwartz'
**Subject:** Re: US vs. Killen

Mrs. Killen,

A presentence investigation report (PSR) is a confidential document that is not subject to the Freedom of Information Act, and which is only to be disclosed to defense counsel, the prosecutor, the defendant, the Judge who imposes sentence, and the Federal Bureau of Prisons (BOP) subsequent to sentencing.

The information in a defendant's PSR is not be disseminated to other individuals, including yourself. Routinely, our office includes all pertinent facts about a defendant's life, to include the names, ages and other information of family members as obtained during the PSR interview and through various other sources. Furthermore, when deciding which family members are allowed visitation privileges, the BOP relies on the verified information contained in the PSR. If incomplete or incorrect information is contained in the PSR, the BOP has the right to deny visitation.

A defendant is given an opportunity to review his or her PSR with his or her attorney, and can request that certain information be added, included or deleted. The Court makes the ultimate decision as to what remains in a defendant's final PSR.

Riselda R. Ruiz
Senior U.S. Probation Officer
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, 9th Floor South
Miami, FL 33128
(305) 523-5325, Office
(305) 523-5496, Fax

---

From:   "Karen Killen" <killenkaren@gmail.com>
To:     <Riselda_Ruiz@flsp.uscourts.gov>
Cc:     "'Patrick Killen'" <patrick@patrickkillen.com>, "'Fred A. Schwartz'" <schwartz@kolawyers.com>, <attorney@klughlaw.com>, "'Karen Killen'" <killenkaren@gmail.com>
Date:   09/22/2015 11:28 PM
Subject: US vs. Killen

9/30/2015

I am very distraught that all of the minor victims were protected by the use of initials in your report.
Yet, my daughter, a minor's full name is used in your report. Why is my daughter not protected?
Also, I NEVER told you where my daughter attends school. Where my daughter attends school is private and confidential and should NOT be in this report.
Any creep at the courthouse can read this report and harm my daughter. She is no longer safe!
I want my daughter's name and school removed from this report immediately!
You have no right putting my daughter in danger and at risk!
If something happens to my daughter I am holding you, Ms. Ruiz, solely responsible!

Karen L. Killen, MBA, PhD (ABD)
6880 Pinehurst Drive
Miami, FL 33015
305-331-8355
killenkaren@gmail.com

9/30/2015