Case 1:15-cr-20106-RNS Document 123-2 Entered on FLSD Docket 10/22/2015 Page 1 of 19

# 305D-MM-4436153

## VICTIMS



| Name | Address | KIK Username | Instagram Username | Webcam Username |
|---|---|---|---|---|
| Victims Identified Through Complaints | | | | |
| | | | | |
| Victims Located in Kik Chats in MobileSync Back-up File in MacBook Pro Laptop | | | | |
| | | | | |
| Unknown 1 (Jacob LNU) | | jacoblebron3499 | | |
| Unknown 2 (Sh▮▮ Ke▮▮) | | shanekelly05 | shane_kelly05 | |
| Unknown 3 (Sam LNU) | | Sam2yankee | | |
| Unknown 4 (Z▮ Gu▮▮) | | G.guzzy99 | guzmanforlife3752 | |
| Unknown 5 (C▮ G▮) | | alldayeveryday33 | abragcsfhbcs | |
| Uknown 6 (Co▮ M▮▮) | Switzerland | Coolfisch01 | | coolfisch2001 (Skype) |
| Unknown 7 (S▮ Wh▮▮) | England | LightYear98 | | |
| Unknown 8 (Hu▮▮ Mo▮▮) | | Hunter_Molero | | |
| Unknown 9 | | DylanFremin | _dylanfremin | |
| Unknown 10 (Sa▮ S▮▮) | | Sascha12349876 | | |
| Unknown 11 (Z▮ Re▮▮) | | flyest_white_boy | flyest_white_boy | |

**LEGEND**

**Subpoenas Served**

**Lead Sent**

**GOVERNMENT EXHIBIT**

CASE NO. 15-CR-20106-KMC(s)

EXHIBIT NO. 2-5

| | | | | |
|---|---|---|---|---|
| Unknown 12 (Ke███ Re███) | | Third_Eye_Shit basketbalking_71 | | |
| Unknown 13 (Austin LNU) | | austin_gort | | |
| Unknown 14 (C██ D██) | | Chris_Dixon321 | Future_andrelton_s_19 | |
| Unknown 15 (Buc█ Ze███) | | Zebra_lion | | bucky_11 (Skype) |
| Unknown 16 (Ma█ Ge███) | | theycallmetebow8 | | |
| Unknown 17 (Ta██ Bo██) | | tannerbowls | | |
| Unknown 18 (Da██ Le██) | | dallasleavell11 | | |
| Unknown 19 (E█ D██) | | ethandower | | |
| Unknown 20 (Colton LNU) | | coltondo | | |
| Unknown 21 (Be█ G███i) | | bengraz03 | | |
| Unknown 22 (Mitch LNU) | | lolcopter14 | | |
| Unknown 23 (Kameron LNU) | | .Kameron. | | |
| Unknown 24 (No██ Irw█) | | Noah_irwin | | |
| Unknown 25 (Hu█ Sm██) | | h_smith80 | | |
| Unknown 26 (V██ So███) | Germany | vinzi000 | | |
| Unknown 27 (Benji LNU) | | imbenji | | |
| Unknown 28 (Za█ K██) | | Zackkeys98 | | |
| Unknown 29 (T█ Bau███) | | ty_baumgartner | | |
| Unknown 30 (Johhny LNU) | | ajg2123 | | |
| Unknown 31 (N█ Ma██r) | | nicomaurer | | |

| | | | |
|---|---|---|---|
| Unknown 32 (A... C...) | | austindaboss123 | |
| Unknown 33 (Na... Vo...) | | DubstepDancer15 | |
| Unknown 34 (Mason LNU) | | mason_is_amazing | |
| Unknown 35 (Ashton LNU) | | ac3_elite | |
| Unknown 36 (Ry... Me...) | | metzger5 | |
| **Victims Located in Kik MLAT Supplemental Return** | | | |
| Unknown 37 | | chuckyfleury | |
| Unknown 38 | | greyson_d_ | |
| Unknown 39 | | mulligan15 | |
| Unknown 40 | | fcorredor | |
| Unknown 41 (Jak... Pe...) | | jakob_petsson | |
| Unknown 42 (Josh LNU) | | josh_aus | |
| Unknown 43 (Kr... Des...) | | mynameiskris69 | |
| Unknown 44 (Tyler LNU) | | tyler242 | |
| Unknown 45 (Chad LNU) | | chadmiddlelinebacker | |
| Unknown 46 | | csloop6 | |
| Unknown 47 (Ignacio LNU) | | ignacioo_727 | |
| Unknown 48 | | bulletheart4 | |
| Unknown 49 (Sie... Pe...) | Belgium | siemenpeeters | (Skype) |
| Unknown 50 (Zac... Var...) | | zacharyvankampen1 | |
| Unknown 51 | | motorcrosslife199 | |
| Unknown 52 (No... Wea...) | | noahweaver1999 | |
| Unknown 53 (Arn... Ro...) | | arne.rombaut | |
| Unknown 54 | | blanered | |
| Unknown 55 | | onyourkneeshoe | |

| | | | | |
|---|---|---|---|---|
| Unknown 56 | | luddeman25 | | |
| Unknown 57 | | bigjoleske30 | | |
| Unknown 58 | | swagserg222 | | |
| Unknown 59 (Caleb LNU) | | calebdaballer | | |
| Unknown 60 | | freshnikka_13 | | |
| Unknown 61 (C████r Ra███) | | carterramthun | | |
| Unknown 62 (Patrick LNU) | | patrickpapa12 | | |
| Unknown 63 | | jmurciano6 | | |
| Unknown 64 | | jasif2 | | |
| Unknown 65 (Hunter LNU) | | hunter0915 | | |
| Unknown 66 | | clnfoley | | |
| Unknown 67 (C███ Pe███r) | | carson_pervier | | |
| Unknown 68 | | kikisawesome2324 | | |
| Unknown 69 (R███ Ste███) | | ricky_stevens | | |
| Unknown 70 (Rylan LNU) | | rylan.rookie | | |
| Unknown 71 | | cg_8 | | |
| Unknown 72 (Willis LNU) | | willis_boy | | |
| Unknown 73 | | english.james | | |
| Unknown 74 (W███ Tur██) | | willie_turt23 | | |
| Unknown 75 (Ma█ Tur██) | | maxturton1 | | |
| Unknown 76 (Tre█ He████) | | trenthernandez | | |
| Unknown 77 | | cmills777 | | |
| Unknown 78 | | jmcgee03 | | |
| Unknown 79 | | heyitsdavid123 | | |

| | | | | |
|---|---|---|---|---|
| Unknown 80 (Ja███ Pr██) | | jacob_price4400 | | |
| Unknown 81 (To██ Lo██n) | | tomlogan97 | | |
| Unknown 82 (Caleb LNU) | | caleb1892 | | |
| Unknown 83 | | schlosser15 | | |
| Unknown 84 | | manzie4 | | |
| Unknown 85 | | jmullins100 | | |
| Unknown 86 | | _boston_boy_ | | |
| Unknown 87 (Jere█ Jac███n) | | jer_jer123456789 | | |
| Unknown 88 (Johnny LNU) | | johnny.9999999999 | | |
| Unknown 89 | | acg4 | _vhester | |
| Unknown 90 | | siedlecki | | |
| Unknown 91 (Au██n H██l) | | austin_hall4142 | | |
| Unknown 92 | | sickwheels43 | | |
| Unknown 93 (Evan LNU) | | evan0892 | | |
| Unknown 94 (Tay██ S██h) | | taylorsmithskate | | |
| Unknown 95 (Zander LNU) | | zander0018 | | |
| Unknown 96 (Matt LNU) | | eh_its_matt | | |
| Unknown 97 (Nick LNU) | | nick01055 | | |
| Unknown 98 (Frank LNU) | | frankie9087 | | |
| Unknown 99 | | rachie_rach98 | | |
| Unknown 100 (Gabe LNU) | | halfandhalfgabe | | |
| Unknown 101 (Co██ W██) | | corey_wutz | | |
| Unknown 102 | | random_cool_guy | | |
| Unknown 103 (C██s M██) | | obeyjt | | |

| | | | | |
|---|---|---|---|---|
| Unknown 104 | | mongoose11 | | |
| Unknown 105 (E███ Gv█ | | shlomikicks | | |
| Unknown 106 (Mike LNU) | | mike_down_tofuck | | |
| Unknown 107 (Sebastian LNU) | | sebastian1012 | | |
| Unknown 108 (Dustin LNU) | | foreverdustin | | |
| Unknown 109 (Robert LNU) | | robbie1_06 | _robbie58 | |
| Unknown 110 (Tyron LNU) | | tyrongun1 | tyron_geany_lbk | |
| Unknown 111 (Ja███ Se███) | | jacob_sesler | jacob.sesler | |
| Unknown 112 (N█ Rib██) | | nickribeiro1 | | |
| Unknown 113 (Taylor LNU) | | taylorgold | | |
| Unknown 114 (Griffin LNU) | | griffinhockey4 | woahgriffin | |
| Unknown 115 (Ra█i Da███) | | raini_dalonga | | |
| Unknown 116 | | dclarry | | |
| Unknown 117 (FNU Worgan) | | mworgan | | |
| Unknown 118 | | swagiebaby222 | | |
| Unknown 119 (Charlie LNU) | | charlie_risk | | |
| Unknown 120 (Ma█ Mo██) | | maxmolina | | |
| Unknown 121 (Jo██n Co████) | | jordancoaston96 | | |
| Unknown 122 (Z█ Po██l) | | zachpowell13 | | |
| Unknown 123 (Steven LNU) | | steven_7797 | | |
| Unknown 124 (Ma█ W███r) | | pmarkwalter | | |
| Unknown 125 (Jas█ Lar██) | | jason_larson21 | | |
| Unknown 126 (Ar█ Ke██) | | arielkeren3 | | |
| Unknown 127 | | nmarino915 | | |

| | | | | |
|---|---|---|---|---|
| Unknown 128 (Re■ We■) | | reilly_webster7 | | |
| Unknown 129 | | gooster215 | | |
| Unknown 130 (Aa■ T■) | | aaron_trout | | |
| Unknown 131 (Jon■n Ben■ | | jonathan_benitez | jonathan_benitez | |
| Unknown 132 (David LNU) | | davidnoso_ | | |
| Unknown 133 (Carson LNU) | | carsonk100 | | |
| Unknown 134 | | ayeitsmoe | | |
| Unknown 135 | | freshkid305 | | |
| Unknown 136 | | bulldogsrox1982 | | |
| Unknown 137 (Ethan LNU) | | ethanv27 | | |
| Unknown 138 (Bobby LNU) | | bobbyfalc13 | | |
| Unknown 139 | | tcusam9 | | |
| Unknown 140 (Cha■ To■) | | charlestobin123 | | |
| Unknown 141 (Ga■ McD■) | | garrett123456789 | | |
| Unknown 142 (Austin LNU) | | austinkirkbride | | |
| Unknown 143 | | superpenguin151 | | |
| Unknown 144 | | cubancigar156 | | |
| Unknown 145 | | hoffdog55 | | |
| Unknown 146 (Patrick LNU) | | patrick1097 | | |
| Unknown 147 | | tatec23 | | |
| Unknown 148 (Jarryd LNU) | | jarryd.swager.lynch | | |
| Unknown 149 | | nigger122 | | |
| Unknown 150 | | mochach2000 | | |
| Unknown 151 | | bigdaddy1700 | | |

| | | | | |
|---|---|---|---|---|
| Unknown 152 | | adselisraw123 | | |
| Unknown 153 (Ry██ Ma██) | | ryan.martz4 | | |
| Unknown 154 | | hello_im_walle | | |
| Unknown 155 | | ihateyou211 | | |
| Unknown 156 | | dark_unknown198 | | |
| Unknown 157 | | hawes_baseball7 | | |
| Unknown 158 (Co██ Mo██) | | colin_moore_ | colinmoore | |
| Unknown 159 | | bedrock07 | | |
| Unknown 160 (Gu█ Go█) | | gusgoettl | gusgoettl99 | |
| Unknown 161 (Pa██ Ro███) | | parkerrosenthal60 | | |
| Unknown 162 (La██ Willia██) | | larkinwilliams9 | | |
| Unknown 163 (Lisandro LNU) | | lisandro_jr13 | | |
| Unknown 164 (Fo██ Bro██) | | forrest_brooks | | |
| Unknown 165 (Henry LNU) | | henry3545 | | |
| Unknown 166 (Kendyll LNU) | | kendylltheabrificman | kendylltheabrificman | |
| Unknown 167 (Fred LNU) | | fred_is_toast | | |
| Unknown 168 | | lumberman15 | | |
| Unknown 169 (Jamie LNU) | | jamie_626 | | |
| Unknown 170 (Ryan LNU) | | fuckkfc | | |
| Unknown 171 (Shane LNU) | | shane_104 | | |
| Unknown 172 (Daniel LNU) | | danielm88 | | |
| Unknown 173 | | fault | | |
| Unknown 174 | | mavsman | mavsman1234 | |
| Unknown 175 (Za██ Ha███) | | zach_hayden | | |

| | | | | |
|---|---|---|---|---|
| Unknown 176 | | reidnorman22 | | |
| Unknown 177 | | oconnor1221 | oconnor1226 | |
| Unknown 178 | | mxjockey116 | | |
| Unknown 179 (B█ Wim██) | | ben.wimms | ayebenn | |
| Unknown 180 | | yertyjk | | |
| Unknown 181 | | supernerdswagg | | |
| Unknown 182 (Zac LNU) | | zac3123 | | |
| Unknown 183 (William LNU) | | william22220 | | |
| Unknown 184 (Ada█ Pe███) | | adampersico | adam_persico | (Skype) |
| Unknown 185 (Ry█ Rh██) | | ryan_rhodes33 | | |
| Unknown 186 | | bikingrocks | | |
| Unknown 187 (Connor LNU) | | sexyconnorsexy | | |
| Unknown 188 | | mjbrownies | | |
| Unknown 189 | | explodingnarwal | explodingnarwal | |
| Unknown 190 (Max LNU) | | maxbuckeye | | |
| Unknown 191 (Joh█ Men██) | | jmenzies1 | | |
| Unknown 192 (Cole LNU) | | coleswg829 | | |
| Unknown 193 (Alex LNU) | | alexolssson | | |
| Unknown 194 | | kingj321 | | |
| Unknown 195 (N█ Mor█) | | nickmora039 | | |
| Unknown 196 | | jsleoni | | |
| Unknown 197 | | 99_ptfc_black_5 | | |
| Unknown 198 | | jyehawes | | |
| Unknown 199 (Jam█ Pe██) | | jamespettit11 | | |

| | | | | |
|---|---|---|---|---|
| Unknown 200 (Charlie LNU) | | _lhacharlie | | |
| Unknown 201 (Roberto Cruz) | | robertocruz_1 | | |
| Unknown 202 (Richard LNU) | | richardd14 | | |
| Unknown 203 (Jack LNU) | | jackl14 | | |
| Unknown 204 (Jack LNU) | | jakthesnake28 | | |
| Unknown 205 (James LNU) | | james_prettyflacko | | |
| Unknown 206 (Noah LNU) | | thegeek1234 | xxnoahhokexx | |
| Unknown 207 (Ben LNU) | | benayers11 | | |
| Unknown 208 | | misterpurple1 | | |
| Unknown 209 (Gerardo LNU) | | gerardo370 | | |
| Unknown 210 (Cole LNU) | | coleman_boss99 | | |
| Unknown 211 (Alex LNU) | | alex126736 | | |
| Unknown 212 (Dan LNU) | | dickpicdan | | |
| Unknown 213 | | figgy804 | | |
| Unknown 214 (Co■ Saw■ | | conorsawyer | | |
| Unknown 215 (Jo■ Ta■ | | lovecerealguyshguy | | |
| Unknown 216 | | swag_chri | | |
| Unknown 217 | | matchuonfire | | |
| Unknown 218 (FNU Fletcher) | | fletcher_7 | | |
| Unknown 219 (Co■ Cly■ ) | | coleclyne | | |
| Unknown 220 (Connor LNU) | | connor_cleveland2 | | |
| Unknown 221 (Matt LNU) | | mattniquette7 | | |
| Unknown 222 | | hwtinkle | | |
| Unknown 223 (Ma■ Ri■ | | 1_800_swag | | |

| | | | | |
|---|---|---|---|---|
| Unknown 224 | | pvallee12 | | |
| Unknown 225 | | thatcechinikid | | |
| Unknown 226 (Gerardo LNU) | | gerardo370 | | |
| Unknown 227 (Jorge LNU) | | jorge_blvd | blvd_jorge | |
| Unknown 228 | | daddy_tibbz | | |
| Unknown 229 | | jpsports7 | | |
| Unknown 230 (Da███ Ho██) | | dallasdaman12 | | |
| Unknown 231 (Jo██n Pe███) | | skateordie1998 | | |
| Unknown 232 (Mic███l Ba██) | | michael.barns | | |
| Unknown 233 | | gatech21 | | |
| Unknown 234 (De██ We████) | | dean_wentworth8 | | |
| Unknown 235 (Mic██ Du██) | | michael_9000 | | |
| Unknown 236 (Fra██ Fil██) | | frank_filippis | | |
| Unknown 237 (Jo██ Jon██) | | r__jones | | |
| Unknown 238 | | agd210 | | |
| Unknown 239 (Lu██ Mass███) | | lucasmassolo_21 | | |
| Unknown 240 (Dan██ Kar███) | | dannekarlgren2 | | |
| Unknown 241 (Al And████) | | alanderson88 | | |
| Unknown 242 (Spencer LNU) | | spency_poo | | |
| Victims Located on MacBook Pro Laptop | | | | |
| Unknown 243 (Jo██n Ki██) | | | johnkiffe14 | |
| Unknown 244 (Ry██ Win█████r) | | | s17lryan | |
| Unknown 245 (Wesley LNU) | | | mostdope_wesley | |
| Unknown 246 | | | bman_700 | |
| Unknown 247 (Jo██ To███) | | | hashtag_joee | |

| Identifier | Username |
|---|---|
| Unknown 248 (Ja… / Ste…) | |
| Unknown 249 (Log… / De…) | lsulogan15 |
| Unknown 250 (Jo… / Ga…) | johangarzonnnn |
| Unknown 251 (Dy… / Cla…) | dylan_is_awesome |
| Unknown 252 (… Sm…) | ben_smith20 |
| Unknown 253 (Patrick LNU) | patrickpapaa |
| Unknown 254 (Ash… / Coll…r) | ashton_collier3 |
| Unknown 255 (Ho… / Be…) | holston_behless |
| Unknown 256 | amurts1 |
| Unknown 257 (Brandon LNU) | brandon43219 |
| Unknown 258 | dudderar25 |
| Unknown 259 (Lu… Sa…e) | lukesabie |
| Unknown 260 (C… / Du…) | |
| Unknown 261 (E… / C…) | chris_dunne |
| Unknown 262 (Ja… / Sm…) | elizabeth_isway_coolerth an_me |
| Unknown 263 (A… / Sa…) | alexsarminev |
| Unknown 264 (M… LNU) | michael_918 |
| Unknown 265 (Skylar LNU) | |
| Unknown 266 (Ha… / Krau…) | harrison_krause |
| Unknown 267 (Austin LNU) | omgitsaustinn |
| Unknown 268 (Ca…n / Mc…) | calvinmorriss3 |
| Unknown 269 (Gavin LNU) | itsgavinnn / itsgavinnn |
| Unknown 270 (Ja… / Har…) | jacksonhannon |
| Unknown 271 (Za… / Tho…) | zackthomas123 |

| Name | | | | |
|---|---|---|---|---|
| Unknown 272 | | | zekeie | |
| Unknown 273 (Ty█ Wh███) | | | | |
| Unknown 274 (Jake LNU) | ██████ ███ | | | |
| Unknown 275 | | | ghearp | |
| Unknown 276 (Dy█ Ketc█) | | | | (Facebook) |
| Unknown 277 (Ty█ M███) | | | | (Facebook) |
| Uknown 278 (Be█ Sh██) | | | | (Facebook) |
| Unknown 279 (M████ T█) | | | | (Facebook & Tinychat) |
| Unknown 280 (E█ Cha██) | | | | (Facebook) |
| Unknown 281 (Ro█ Sco█) | | | | (Facebook) |
| Unknown 282 (Co█ Ric█) | United Kingdom | | | (Facebook) |
| Uknown 283 (T██r Mc█) | | | | (Facebook) |
| Unknown 284 (To█ Sa██) | Italy | | | (Facebook) |
| Unknown 285 (Hu██r Ho████) | | | | (Omegle) |
| Unknown 286 (Issac LNU) | ████████ IN | | | (Omegle) |
| Unknown 287 (Tommy H) | | | | (Omegle) |
| Unknown 288 (Caelan LNU) | c██████████ | | | (Omegle) |
| Unknown 289 (Ra█ Roc███) | | | | (Unknown) |
| Unknown 290 (M█ Ga██) | | | | (Unknown) |
| Unknown 291 (Te█ Fa██) | | | | (Unknown) |
| Unknown 292 (Ja█ Fla██) | | | | (Unknown) |
| Unknown 293 (Sh██ Ma███) | | | | (Unknown) |
| Unknown 294 (Peyton LNU) | | | | (Unknown) |
| Unknown 295 (B█ Coc█) | | | | (Unknown) |

| | | | | |
|---|---|---|---|---|
| Unknown 296 (Jord███) ████████ | | | | ████████ |
| ████████ 297 (Ch██ Carls██) | | | | (Skype) |
| Unknown 298 (Dav█ Kow███████i) | | | | (Skype) |
| Unknown 299 (Jo██ Ba██) | | | | (Skype) |
| Unknown 300 (Ca██ Byin███) | | | | (Skype) |
| Unknown 301 (Jo██ C███) | | | | (Skype) |
| Unknown 302 (Cam███ Ba█████) | Canada | | | (Skype) |
| Unknown 303 (O██e R███) | | | | (Skype) |
| Unknown 304 (B███n Tam███o) | | | | (Skype) |
| Unknown 305 (De██n Ba██) | | | | (Skype) |
| Unknown 306 (Ja██ Sm██) | | | | (Skype) |
| Unknown 307 (Da██ Yo██g) | | | | (Skype) |
| Unknown 308 (B██ Vita███) | | | | (Skype) |
| Unknown 309 (Jac██b Sc█████er) | | | | (Skype) |
| Unknown 310 (G██ Co██) | | | | (Skype) |
| Unknown 311 (A███ Mc█████y) | | | | (Skype) |
| Unknown 312 (Th███s ████n) | | | | (Skype) |
| Unknown 313 (███k Tho████) | | | | (Skype) |
| Unknown 314 (Jo██ Bu███e) | | | | (Skype) |
| Unknown 315 (N████████ | | | | ████████ |
| ████████ 316 (R██ DiF█████) | | | | (Skype) |
| Unknown 317 (B██ Fre███) | | | | (Skype) |
| Unknown 318 (B██████████ | | | | ████████ |
| ████████ 319 (Ayo██ Ded██) | | | | (Skype) |

| Name | Country | Platform |
|---|---|---|
| Unknown 320 (De▮) | | (Skype) |
| Unknown 321 (Ea▮n Sch▮r) | | (Skype) |
| Unknown 322 (Ch▮ Ti▮s) | | (Skype) |
| Unknown 323 (▮h Co▮) | | (Skype) |
| Unknown 324 (T▮ M▮se) | Germany | (Skype) |
| Unknown 325 (Nic La▮ic) | | (Skype) |
| Unknown 326 | | (Skype) |
| Unknown 328 (Nic Müller) | Germany | (Skype) |
| Unknown 329 (Lu Pe▮) | Germany | (Skype) |
| Unknown 330 (F▮ p Wei▮r) | Germany | (Skype) |
| Unknown 331 (Ju▮n ▮rt) | Germany | (Skype) |
| Unknown 332 (N▮ Turr▮) | Germany | (Skype) |
| Unknown 333 (S▮n Lau▮e) | Germany | (Skype) |
| Unknown 334 (Be▮ Butc▮) | United Kingdom | (Skype) |
| Unknown 335 (Da▮y Sm▮) | United Kingdom | (Skype) |
| Unknown 336 (L▮ Eas▮) | United Kingdom | (Skype) |
| Unknown 337 (Ca▮b Schw▮efus) | | (Skype) |
| Unknown 338 (F▮k Re▮) | | (Skype) |
| Unknown 339 (Ch▮ Ha▮) | | (Skype) |
| Unknown 340 (O▮b Drap▮) | | (Skype) |
| Unknown 341 (De▮ D▮) | Germany | (Skype) |
| Unknown 342 (Se▮ To▮) | France | (Skype) |
| Unknown 343 (T▮r Hil▮) | | (Skype) |

| | | | | |
|---|---|---|---|---|
| Unknown 344 (Os█r Me█) | | | | (Skype) |
| Unknown 345 (Adr█ Due█) | | | | (Skype) |
| Unknown 346 (T█ Wh█) | | | | (Skype) |
| Unknown 347 (Jos█ Calv█) | | | | (Skype) |
| Unknown 348 (Du█ Mad██e) | | | | (Skype) |
| Unknown 349 (C██ S██) | | | | (Skype) |
| Unknown 350 (Adr█n Har█) | | | | (Skype) |
| Unknown 351 (Ma██s Bas█) | Brazil | | | (Skype) |
| Unknown 352 (P██n Bra██d) | | | | (Skype) |
| Unknown 353 (Hu██r Ke█) | | | | (Skype) |
| Unknown 354 (Do██an Zie█r) | | | | (Skype) |
| Unknown 355 (J██h Sp██) | | | | (Skype) |
| Unknown 356 (Ma██s Pap█) | Germany | | | (Skype) |
| Unknown 357 (Da██l Ky█) | | | | (Skype) |
| Unknown 358 (K██ Nu██) | Germany | | | (Skype) |
| Unknown 359 (Jo██n Ort█) | | | | (Skype) |
| Unknown 360 (Je██s Bu█) | Germany | | | (Skype) |
| Unknown 361 (E██n Jo█) | United Kingdom | | | (Skype) |
| Unknown 362 (A██████r ██er) | Germany | | | (Skype) |
| Unknown 363 (El█ Mul█r) | Germany | | | (Skype) |
| Unknown 364 (Jo█ Ge█) | | | | (Skype) |
| Unknown 365 (Ca█ Le█) | Germany | | | (Skype) |
| Unknown 366 (Jo█ Dracu█) | United Kingdom | | | (Skype) |
| Unknown 367 (Aid█ Com██) | | | | (Skype) |

| | | | | |
|---|---|---|---|---|
| Unknown 368 (Xaver Spark) | | | | (Skype) |
| Unknown 369 (Ian Addis) | | | | (Skype) |
| Unknown 370 (Patrick Behm) | Germany | | | (Skype) |
| Unknown 371 (Michael Skocz) | | | | (Skype) |
| Unknown 372 (Andrew Lotfalla) | | | | (Skype) |
| Unknown 373 (Jake Perry) | | | | (Skype) |
| Unknown 374 (Rene Gonner) | Germany | | | (Skype) |
| Unknown 375 (Austin Boyer) | | | | (Skype) |
| Unknown 376 (Max Nunn) | | | | (Skype) |
| Unknown 377 (Colton LNU) | | | | (Skype) |
| Unknown 378 (Liam LNU) | Australia | | | (Skype) |
| Unknown 379 (Cooper Lewis) | Australia | | | (Skype) |
| Unknown 380 (Aaron Connolly) | United Kingdom | | | (Skype) |
| Unknown 381 (Coby Selinger) | | | | (Skype) |
| Unknown 382 (Zack Schloemer) | | | | (Skype) |
| Unknown 383 (Christian Wallace) | | | | (Skype) |
| Unknown 384 (Reece Cope) | | | | (Skype) |
| Unknown 385 (Nathan Brinlee) | | | | (Skype) |
| Unknown 386 (Xavier Bickford) | | | | (Skype) |
| Unknown 387 (Cameron Halez) | | | | (Skype) |
| Unknown 388 (Hayden Burge) | | | | (Skype) |
| Unknown 389 (Ronnie Morris) | | | | (Skype) |
| Unknown 390 (Kay G.) | Germany | | | (Skype) |
| Unknown 391 (Nathan Brinle) | | | | (Skype) |

| | | | | |
|---|---|---|---|---|
| Unknown 392 (B█ Azou█) | | | | (Skype) |
| Unknown 393 (Mat█ Dol█) | | | | (Skype) |
| Unknown 394 (Cha█ Ak█) | | | | (Skype) |
| Unknown 395 (Joh█ Car█) | Australia | | | (Skype) |
| Unknown 396 (Ro█ Kieh█) | Mexico | | | (Skype) |
| Unknown 397 (Da█n Pas█) | | | | (Skype) |
| Unknown 398 (Eth█ Hu█) | Australia | | | (Skype) |
| Unknown 399 (Eth█ Stak█) | United Kingdom | | | (Skype) |
| Unknown 400 (█████) | | | | (Skype) |
| Unknown 401 (No█h Mar█o) | | | | (Skype) |
| Unknown 402 (Co█ Smi█) | | | | (Skype) |
| Unknown 403 (Deiv█ Leke█s) | Iran | | | (Skype) |
| Unknown 404 (Joe█ Mar█) | | | | (Skype) |
| Unknown 405 (Be█ Sch█r) | Germany | | | (Skype) |
| Unknown 406 (La█ Nede█) | Netherlands | | | (Skype) |
| Unknown 407 (Lo█ P█) | Germany | | | (Skype) |
| Unknown 408 (Ja█ DeV█) | Germany | | | (Skype) |
| Unknown 409 (Harr█n Kna█) | | | | (Skype) |
| Unknown 410 (Ke█ Gud█) | | | | (Skype) |
| Unknown 411 (T█ Mat█s) | | | | (Skype) |
| Unknown 412 (Jac█ Le█e) | Germany | | | (Skype) |
| Unknown 413 (B█ Me█) | Germany | | | (Skype) |
| Unknown 414 (Kea█n Wh█) | | | | (Skype) |
| Unknown 415 (Lu█e LN█) | | | | (Skype) |

| | | | | |
|---|---|---|---|---|
| Unknown 416 (Is█h Ga█a) | | | | (Skype) |
| Unknown 417 (Ja█ Cave█r) | | | | (Skype) |
| Unknown 418 (█La█) | | | | (Skype) |
| Unknown 419 (S█a Tre█r) | Iran | | | (Skype) |
| Unknown 420 (L█n McC█) | Iran | | | (Skype) |
| Unknown 421 (K█ Jac█) | | | | (Skype) |
| Unknown 422 (S█el Mac█) | | | | (Skype) |
| Unknown 423 (M█ Bleifu█) | | | | (Skype) |
| Unknown 424 (Br█n Po█) | | | | (Skype) |
| Unknown 425 (K█n Gu█n) | | | | (Skype) |
| Unknown 426 (H█y Hinc█) | | | | (Skype) |
| Unknown 427 (G█ L█t) | United Kingdom | | | (Tinychat) |
| Unknown 428 (Aud█ Suy█) | | | | (Tinychat) |
| Victims Located on SanDisk Cruzer Thumbdrive | | | | |
| Unknown 429 | | | | ThatGuyThatsCool |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |