| | |
|---|---|
| **From:** | Schwartzenberger, Laura A. (MM) (FBI) |
| **To:** | Emery, Robert (USAFLS) |
| **Subject:** | Fwd: Victim statement |
| **Date:** | Sunday, October 18, 2015 9:39:35 PM |

--

-------- Original message --------
From: T███ F████ <████████████>
Date: 10/18/2015 9:34 PM (GMT-05:00)
To: "Schwartzenberger, Laura A. (MM) (FBI)" <Laura.Schwartzenberger@ic.fbi.gov>
Subject: Victim statement

Attention: Honorable K. Michael Moore
United States District Judge for the Southern District of Florida

Reference: United States v. Killen, case no. 15-20106-CR-KMM

Dear Honorable Judge Moore:

This experience has and will have a very lasting impact on the rest of my life. With out this experience I most likely would've stayed doing with what I was which was leading me down a very bad path. That night scared me so bad I haven't been able to think of technology in the same way. Thank you very much for putting this horrible man away. That night was the worst night of my life and I have never been more scared. I can't thank you enough for doing that and I hope that he stays away for a long time.

Thank you,
G███ F███

**GOVERNMENT EXHIBIT**

CASE 15-CR-
NO. 20106-KMM(S)

EXHIBIT NO. 3-S